# United States Court of Appeals
## For the First Circuit

—————————————

No. 23-1054

CHARU DESAI,

Plaintiff - Appellant,

v.

UMASS MEMORIAL MEDICAL GROUP, INC.; DR. MAX ROSEN,

Defendants - Appellees,

UMASS MEMORIAL MEDICAL CENTER, INC.; UMASS MEDICAL SCHOOL; UMASS MEMORIAL MARLBOROUGH HOSPITAL; DR. DARREN BRENNAN; DR. STEPHEN TOSI; DR. KARIN DILL,

Defendants.

—————————————

**NOTICE**

Issued: February 23, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case:

John B. Koury

The following attorneys will continue to receive notice in this case:

Denise Barton
Joseph F. Comenzo
David Cromwell Johnson Jr.
Mark Alden Johnson
Robert Leo Kilroy
Timothy M. Kolman
Reid Wakefield

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gloria - (617) 748-4214


cc:
Denise Barton
Joseph F. Comenzo
David Cromwell Johnson Jr.
Mark Alden Johnson
Robert Leo Kilroy
Timothy M. Kolman
John B. Koury
Reid Wakefield