# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1054          **Short Title:** Desai v. UMass Memorial Me[dical]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dr. Charu Desai _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/Joseph F. Comenzo          03/08/2023
Signature                     Date

Joseph F. Comenzo
Name

Upper Charles Law Group          617-600-7150
Firm Name (if applicable)        Telephone Number

81 Hartwell Avenue, Ste. 101     781-444-2461
Address                          Fax Number

Lexington, MA 02421              jcomenzo@uclawgroup.com
City, State, Zip Code            Email (required)

Court of Appeals Bar Number: 1176989

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).