# United States Court of Appeals
## For the First Circuit

No. 23-1054

CHARU DESAI,

Plaintiff - Appellant,

v.

UMASS MEMORIAL MEDICAL GROUP, INC.; DR. MAX ROSEN,

Defendants - Appellees,

UMASS MEMORIAL MEDICAL CENTER, INC.; UMASS MEDICAL SCHOOL; UMASS MEMORIAL MARLBOROUGH HOSPITAL; DR. DARREN BRENNAN; DR. STEPHEN TOSI; DR. KARIN DILL,

Defendants.

**ORDER OF COURT**

Entered: April 18, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **May 2, 2023**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Denise Barton, Joseph F. Comenzo, David Cromwell Johnson Jr., Mark Alden Johnson, Robert Leo Kilroy, Timothy M. Kolman, Reid Wakefield