UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| CHARU DESAI,<br>*Plaintiff*,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP, INC., et al.,<br>*Defendants*. | No. 23-1054<br><br>APPEAL FROM CIVIL ACTION NO. 4:19-cv-10520-TSH<br><br>**APPELLANT'S ASSENTED TO MOTION FOR DEFAULT REMOVAL AND 30-DAY EXTENSION TO FILE STIPULATED DISMISSAL** |

Pursuant to Federal Rules of Appellate Procedure 26(b) and 42(b)(1), and First Circuit Rule 45, the Appellant, Charu Desai, by and through counsel, respectfully moves this Court to set aside the default it issued on April 18, 2023, and extend all briefing deadlines by thirty (30) days.

The Appellant and the Appellees are in the process of finalizing a Stipulation of Dismissal with Prejudice which will be filed with this Court within the following 30 days. Appellant has not previously requested an extension of time. Counsel for Appellees have consented to this Motion. Accordingly, special circumstances justify Appellant's failure to comply with the briefing deadlines set by the Court, and good cause exists to extend the briefing deadlines.

Respectfully submitted,
CHARU DESAI
By her attorneys,


/s/ D. Cromwell Johnson, Jr.
D. Cromwell Johnson, Jr. (BBO# 699414)
Joseph F. Comenzo, Esq., (BBO # 667624)
Timothy D. Rodden, Jr., Esq., (BBO # 691228)
Upper Charles Law Group, LLC
81 Hartwell Avenue, Suite 101
Lexington, MA 02421

Phone: 617-600-7170
Fax: 781-444-2461
cjohnson@uclawgroup.com
jcomenzo@uclawgroup.com
trodden@uclawgroup.com

Dated: April 18, 2023

## **CERTIFICATE OF SERVICE**

I, D. Cromwell Johnson, Jr., counsel for the Plaintiff, hereby certify that I have this Tuesday, April 18, 2023, served the foregoing document upon all parties, by electronically filing to all ECF registered parties.

<u>/s/ D. Cromwell Johnson, Jr.</u>
D. Cromwell Johnson, Jr.