UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CASE NO. 23-1054

CHARU DESAI, M.D.,
Appellant,

v.

UMASS MEMORIAL MEDICAL
GROUP, INC., and MAX ROSEN, M.D.,
Appellees.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Appellant, Charu Desai, M.D., and Appellees, UMass Memorial Medical Group, Inc., and Max Rosen, M.D., pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, that this appeal shall be and hereby is dismissed, with prejudice, with each party bearing their own costs and attorneys' fees.

Respectfully submitted,

**CHARU DESAI, M.D.**

By her attorneys,

_____
Joseph F. Comenzo, Esq., BBO # 667624
D. Cromwell Johnson, Jr., Esq. BBO # 699414
Upper Charles Law Group, LLC
81 Hartwell Avenue, Suite 101
Lexington, MA 02421
Phone: 617-600-7170
Fax: 781-444-2461
jcomenzo@uclawgroup.com
cjohnson@uclawgroup.com

Dated: April 5, 2023

**UMASS MEMORIAL MEDICAL GROUP, INC., and MAX ROSEN, M.D.**

By their attorneys,

_____
Robert L. Kilroy, Esq., BBO # 636853
Reid M. Wakefield, Esq., BBO # 569026
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone 508-860-1474
Fax 508-983-6261
rkilroy@mirickoconnell.com
rwakefield@mirickoconnell.com

CERTIFICATE OF SERVICE

    I, Reid M. Wakefield, Esq., hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.

                                                                                       _____
                                                                                       Reid M. Wakefield, Esq.

Dated: April 25, 2023