# United States Court of Appeals
## For the First Circuit

No. 23-1054

CHARU DESAI,

Plaintiff - Appellant,

v.

UMASS MEMORIAL MEDICAL GROUP, INC.; DR. MAX ROSEN,

Defendants - Appellees,

UMASS MEMORIAL MEDICAL CENTER, INC.; UMASS MEDICAL SCHOOL; UMASS MEMORIAL MARLBOROUGH HOSPITAL; DR. DARREN BRENNAN; DR. STEPHEN TOSI; DR. KARIN DILL,

Defendants.

**MANDATE**

Entered: April 26, 2023

    In accordance with the judgment of April 26, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Denise Barton
Joseph F. Comenzo
David Cromwell Johnson Jr.
Mark Alden Johnson
Robert Leo Kilroy
Timothy M. Kolman
Reid Wakefield